IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                    Cr. No. 12-30584
                                          Honorable MARK A. RANDON

MARGARET TURNBULL,

        Defendant.
_____/

## ORDER FOR TRAVEL EXPENSES

The Defendant having appeared before this Court pursuant to Fed. R. Crim. P. 5(c)(3) (D) and the Court holding Defendant to answer and to appear in the Northen District of Oklahoma, Tulsa, Oklahoma, the District of prosecution;

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 4285, that the U.S. Marshal furnish Defendant MARGARET TURNBULL, with non-custodial transportation to Tulsa, Oklahoma from Detroit, Michigan for purposes of appearing in the United States District Court for the Northen District of Oklahoma on Wednesday, September 26, 2012 by 9:00 a.m..

                                                                          s/Mark A. Randon
                                                                          MARK A. RANDON
                                                                          United States Magistrate Judge

Entered: September 21, 2012